Julian L. MITCHELL, Petitioner,

v.

NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.

No. 01–2379.

United States Court of Appeals, Fourth Circuit.

Submitted June 25, 2002.

Decided July 12, 2002.

Matthew H. Kraft, Inman & Strickler, P.L.C., Virginia Beach, Virginia, for Petitioner. Benjamin M. Mason, Mason, Cowardin & Mason, P.C., Newport News, Virginia, for Respondents.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Julian Mitchell seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of long term disability benefits pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C.A. §§ 901 to 950 (West 2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Mitchell v. Newport News Shipbuilding and Dry Dock Co.*, No. 00-0744 (BRB April 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*